Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Christopher Allen Antcliff, Stanton & Antcliff, El Paso, TX, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Rodrigo Vega–Avila pleaded guilty of illegal reentry after deportation. He argues, for the first time on appeal, that his sentence is unreasonable because the district court employed impermissible double-counting and thus improperly calculated his guideline range when it increased his offense level and criminal history points based on the same prior illegal reentry conviction. Citing *United States v. Henry,*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

288 F.3d 657 (5th Cir.2002), Vega further contends that his criminal history should not have been increased based on his prior illegal reentry conviction, because it was an element of the instant offense.

The district court did not plainly err in sentencing Vega, because the guidelines do not prohibit such double-counting, because *Henry* is distinguishable from the instant case, and because this court has approved of such double-counting under similar circumstances concerning U.S.S.G. § 2K1.2. *See* U.S.S.G. § 2L1.2, comment. (n.6); *Henry,* 288 F.3d at 659, 664–65; *United States v. Gaytan,* 74 F.3d 545, 560 (5th Cir.1996); *United States v. Hawkins,* 69 F.3d 11, 14–15 (5th Cir.1995).

AFFIRMED.

**Sanjay H. PATEL, Plaintiff–Appellant,**

v.

**Condoleezza RICE, in her Official Capacity as Secretary of State, Defendant–Appellee.**

No. 06–10122.

United States Court of Appeals,
Fifth Circuit.

April 10, 2007.

Kent Frank Brooks, Law Office Of Kent F. Brooks, Dallas, TX, for Plaintiff–Appellant.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Katherine Savers McGovern, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs and pertinent portions of the record. Finding no error of fact or law, we AFFIRM the judgment of the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

